3

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MARIO GARCIA BOTELLO §
§
§
versus § CIVIL ACTION B- 98-180
§
§
JANET RENO §

United States District Court
Southern District of Texas
ENTERED
JAN 0 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Canceling Hearing

1. The pretrial conference set 4-22-99, has been canceled.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on January 6th, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge