5

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT

United States District Court
Southern District of Texas
ENTERED
*Entered*

JAN 25 1999

*Mario Garcia-Borello*

§
§
§
§
§

*versus*

CIVIL ACTION B-98-180

*Janet Reno*

Michael N. Milby, Clerk of Court
By: _____

## Order Setting Hearing

(TRO)

1.  A hearing will be held before Judge Hilda G. Tagle on:

    _____2-2_____, 1999

    at __2:00__ p. .m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _January 25_____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.