8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Maria Garcia-Botello §
§
versus §      CIVIL ACTION 98-180
§
Janet Reno §
§

## Order Setting Hearing

1. A hearing *Motion* will be held before Judge Hilda G. Tagle on:

   _3·22_, 199*8* 9
   at _9:30 A_ .m.
   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas  78521.

2. The pretrial conference on _____, is cancelled. It will be held in conjunction with this motion hearing.

3. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _February 2_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.
termddl.