13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | |
|---|---|
| Petitioner § | |
| MARIO GARCIA BOTELLO § | |
| § | |
| § | |
| V. § | |
| § Action No. B-98-180 | |
| § | |
| Respondent § | |
| JANET RENO § | |

**ORDER ON MOTION FOR LEAVE OF COURT TO FILE FIRST
AMENDED WRIT OF HABEAS CORPUS
(UNOPPOSED)**

Upon review of the Petitioner's request for Leave of Court to file First Amended Writ of Habeas Corpus;

Petitioner's request is **GRANTED**.

SIGNED: _____
THE HONORABLE JUDGE HILDA TAGLE

ORDER ENTERED ON THIS THE ___22nd___ DAY OF ___February___, 1999.

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____