24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **Petitioner**<br>MARIO GARCIA BOTELLO | §<br>§<br>§ |
| v. | § Case No. B-98 180 |
| **Respondent**<br>JANET RENO | §<br>§<br>§<br>§<br>§ |

## ORDER

On this day, came to be considered Petitioner's unopposed motion to dismiss this case with prejudice. After carefully considering this motion, the court is of the opinion that it should be GRANTED.

WHEREFORE IT IS ORDERED that this case be dismissed with prejudice.

Ordered
Entered: August 30, 1999

_____
HONORABLE HILDA TAGLE
DISTRICT COURT JUDGE