IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 1999

Michael N. Milby
Clerk of Court

MARIO GARCIA BOTELLO,       )
                            )
        Plaintiff,          )
                            )   No. B-98-180
    v.                      )
                            )
JANET RENO,                 )
                            )
        Defendant.          )
_____)

United States District Court
Southern District of Texas
ENTERED

DEC 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Upon consideration of the Defendant's (Unopposed) Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Award of Attorney's Fees, Costs and Expenses it is:

ORDERED, that Defendant's Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Award of Attorney's Fees, Costs and Expenses be, and the same hereby is GRANTED.

Done at Brownsville, Texas, this 17TH day of DEC, 1999.

_____
JUDGE PRESIDING

29