IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIO GARCIA BOTELLO, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-180 |
| | § | |
| JANET RENO, | § | |
|     Respondent. | § | |

**ORDER**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 9, 2000 should be **ADOPTED.**

Since Mr. Botello is a prevailing party, and since the government did not show it had substantial justification for its position, this Court finds that Mr. Botello is entitled to reasonable attorney's fees and costs. 28 U.S.C. § 2412(d)(1)(A). Plaintiff's attorneys, Elaine Veatch Morely and Mary A. Kenney, submitted affidavits detailing their billable hours and expenses. Ms. Morely devoted Sixty-Six (66) hours to this case and expended One Hundred Eighty Dollars and Forty Cents ($180.40) in costs. Ms. Kenney devoted Ninety-Six and eight-tenths (96.8) hours and expended Eight Hundred Forty-Eight Dollars and Fifty Cents ($848.50) in costs. This Court finds that the time and costs expended to litigate this case are reasonable.

In calculating the amount of attorney's fees to be awarded in a particular case, the EAJA statute states that attorney's fees shall not be awarded in excess of One Hundred Twenty-Five Dollars ($125) per hour unless the Court determines a cost of living adjustment is justifiable. 28 U.S.C. § 2412(d)(2)(A). This Court finds that a cost of living adjustment is justifiable and has determined that

an hourly rate of One Hundred Thirty-Three Dollars and Forty-Two Cents ($133.42) shall be used to calculate the attorney's fees in this case. The increase in the One Hundred Twenty-Five Dollar ($125) hourly rate for the cost of living adjustment was calculated by using the Consumer Price Index as issued by the United States Department of Labor. Therefore, the total for attorney's fees is Twenty-One Thousand Seven Hundred Twenty Dollars and Seventy-Seven Cents ($21,720.77). Combining the total for attorney's fees with the total amount of money expended on costs ($1,028.90), the final award that Mr. Botello should receive is Twenty-Two Thousand Seven Hundred Forty-Nine Dollars and Sixty-Seven Cents ($22,749.67).

IT IS THEREFORE ORDERED that the Petitioner's Motion for Award of Attorney's Fees, Costs and Expenses be **GRANTED.** It is further ORDERED that the Respondent pay the Petitioner Twenty-Two Thousand Seven Hundred Forty-Nine Dollars and Sixty-Seven Cents ($22,749.67).

DONE at Brownsville, Texas this _____ day of _____, 2000.

_____
Hilda G. Tagle
United States District Court Judge